

Jessica Fischweicher
Direct: 212-541-1152
Fax: 212-541-4630
Jessica.fischweicher@bryancave.com

April 23, 2015

**Bryan Cave LLP**
1290 Avenue of the Americas
New York, NY 10104-3300
Tel (212) 541-2000
Fax (212) 541-4630
www.bryancave.com

**VIA FEDERAL EXPRESS**

Honorable Valerie E. Caproni
United States District Court,
Southern District of New York
40 Foley Square
Courtroom 443
New York, NY 10007

**Bryan Cave Offices**
Atlanta
Boulder
Charlotte
Chicago
Colorado Springs
Dallas
Denver
Frankfurt
Hamburg
Hong Kong
Irvine
Jefferson City
Kansas City
London
Los Angeles
Miami
New York
Paris
Phoenix
San Francisco
Shanghai
Singapore
St. Louis
Washington, DC

Re:   Craig Douglas Anapol v. CitiMortgage, Inc., *et al.*
      Request for Adjournment of Initial Pretrial Conference
      and Extension of Time to Respond to Complaint
      Case No. 14-7003

Dear Judge Caproni:

Defendants CitiMortgage, Inc., Citigroup, Inc. and Citibank, N.A. (collectively, the "Defendants") respectfully submit this Letter (i) to request an adjournment of the initial pretrial conference in the above-titled matter, currently scheduled for May 8, 2015 at 10:00 a.m., and (ii) to request an order that would extend Defendants' time to answer, make a motion with respect to, or otherwise respond to the Complaint in the above-titled matter, through May 20, 2015.

This firm has conferred with counsel for Plaintiff, and all parties consent to the requested adjournment and extension. All parties are available on June 26, 2015 or July 10, 2015 for a re-scheduled pretrial conference.

This is the first request for an adjournment, and extension of time and is being made to enable Bryan Cave, which was just recently retained in this action, to investigate the facts supporting Plaintiff's allegations, to analyze the claims to determine if they state a cause of action, and to otherwise respond to the Complaint. Thank you for your consideration.

Respectfully submitted

Jessica Fischweicher

cc: Adam G. Singer (by email)

1858316.1