**BRYAN CAVE LLP** ·
1290 Avenue of the Americas
New York, New York 10104
Noah Weissman (NW-8592)
Jessica Fischweicher (JF-9471)
Telephone: (212) 541-2000
Facsimile: (212) 541-4630

*Attorneys for Defendant Citigroup, Inc.*
*and Citibank, N.A.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x

CRAIG DOUGLAS ANAPOL,                    :    Index No. 14-7003 (VEC)
                                         :
                    Plaintiff,           :
                                         :    **NOTICE OF**
        v.                               :    **MOTION TO DISMISS**
                                         :    **AMENDED COMPLAINT**
CITIMORTGAGE, INC., CITIGROUP, INC., and :
CITIBANK, N.A.,                          :
                                         :
                    Defendants.          :
                                         :
                                         :
------------------------------------------------------------------ x

    **PLEASE TAKE NOTICE** that upon the Amended Complaint dated April 2, 2015, the

attached Memorandum of Law in Support of Defendants' Motion to Dismiss, and upon all prior

pleadings and proceedings had herein, defendants Citigroup, Inc. and Citibank, N.A. will move

this Court, before the Honorable Valerie E. Caproni, United States District Judge, at the

Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007,

for an order pursuant to Federal Rules of Civil Procedure 12(b)(6) and 8(a) dismissing all claims

in the Amended Complaint of Plaintiff Craig Douglas Anapol in their entirety with prejudice

1862350.2\0374039

without leave to replead, as against defendants Citigroup, Inc. and Citibank, N.A. and for such

other and further relief as deemed just and proper by this Court.

**PLEASE TAKE FURTHER NOTICE** that any opposing affidavits and answering

memoranda to this motion shall be filed and served by June 8, 2015, and any reply papers of

Defendants shall be served by June 18, 2015, in accordance with Local Civil Rule 6.1(b) and

Fed. R. Civ. P. 6.


Dated:  New York, New York
       May 20, 2015

                                     BRYAN CAVE LLP


                                     By:  /s/ Noah Weissman
                                          Noah Weissman (NW-8592)
                                          Jessica Fischweicher (JF-9471)
                                   1290 Avenue of the Americas
                                   New York, New York 10104
                                   Tel: (212) 541-2000
                                   Fax: (212) 541-4630

                                   *Attorneys for Defendant Citigroup, Inc. and Citibank, N.A.*


To:     Adam Guttmann Singer
          555 Central Ave, Suite 10b
          Cedarhurst, NY 11516
          Tel: (212)-842-2428
          Fax: (209)-844-2428
          asinger2@alumni.law.upenn.edu

1862350.2\0374039